UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALFRED PERRY,                )
    Petitioner,              )
v.                           )   Case No. CV412-040
                             )
AL ST. LAWRENCE,             )
    Respondent.              )

# O R D E R

    Let a copy of this Report and Recommendation be served upon petitioner and counsel for respondent. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than April 6, 2012. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable William T. Moore, Jr., United States District Judge, on April 7, 2012. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Nettles v. Wainwright</u>, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).

    All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

    **SO ORDERED** this  23rd  day of March, 2012.

                                                                 */s/ G.R. Smith*
                                                        UNITED STATES MAGISTRATE JUDGE
                                                        SOUTHERN DISTRICT OF GEORGIA