IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALFRED PERRY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. CV412-040 |
| ) | |
| AL ST. LAWRENCE, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After a careful de novo review of the record in this case, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's § 2241 petition is **DISMISSED**. The Clerk of Clerk is **DIRECTED** to close this case.

SO ORDERED this 11th day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA